UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

ALLIED POWER MANAGEMENT, LLC

VERSUS

THE SHAW GROUP, INC., ET AL.

CIVIL ACTION

NO. 17-475-JWD-RLB

**O P I N I O N**

After independently reviewing the entire record in this case and for reasons set forth in the Magistrate Judge's Report dated November 9, 2017, with which this court agrees and to which an objection was filed;

**IT IS ORDERED** that the Plaintiff's Motion to Remand (R. Doc. 3) is DENIED.

Signed in Baton Rouge, Louisiana, on December 7, 2017.

**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**